**HANG & ASSOCIATES, PLLC**
ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUN 04 2021 ★
BROOKLYN OFFICE

June 1, 2021

Ge Qu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: rqu@hanglaw.com

**VIA USPS MAIL**
Clerk of Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Abdulzalieva v. Advanced Domino, Inc. et al
Case No. 1:21-cv-00124-BMC

Dear Sir or Madam:

Greetings. This office represents Advanced Domino, Inc., Domino Group, LLC, Boris Salkinder, Genadi Vinitski, and Yakov Bekkerman ("Domino Defendants") in the above-referenced matter.

Attached to this letter is a cashiers' check in the amount of $4,000, payable to the Clerk of Court. This amount represents the total charge ordered by Judge Brian Cogan on May 27, 2021, *i.e.,* $2,500 for Domino Defendants and $1,500 for the undersigned office. A copy of the Court's Order dated May 27, 2021 (Dkt. No. 43) is enclosed for your reference.

We appreciate your time and efforts in this matter. Please feel free to contact us should you have any questions regarding the above.

Respectfully Submitted,
Hang & Associates, PLLC
By: _____