UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| TATYANA ABDULZALIEVA and ALENA DAINEKA, on behalf of themselves and all others similarly-situated,<br><br>       Plaintiffs,<br><br>  -against-<br><br>ADVANCED DOMINO, INC., and DOMINO GROUP, LLC, and PROGRESS VGA, LLC, and BORIS SALKINDER, individually, and GENADI VINITSKI, individually, and YAKOV BEKKERMAN, individually, and ALEKSANDR MALTSEV, individually,<br><br>       Defendants. | Docket No.: 21-cv-0124-BMC |

### NOTICE OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF THE CLASS ACTION SETTLEMENT

    For the reasons set forth in the Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement, and the Declaration of Jeffrey R. Maguire ("Maguire Decl."), and the exhibits attached thereto, both filed contemporaneously herewith, Plaintiffs, with consent of Defendants, respectfully requests that the Court:

    (1)  preliminarily approve the proposed Settlement Agreement, annexed to the Maguire Decl. as **Exhibit 1**;

    (2)  approve the proposed Notice of Pendency of Class Action Settlement, attached to the Maguire Decl. as **Exhibit 2**, the proposed Claim Form and Release ("Claim Form"), attached to the Maguire Decl. as **Exhibit 3**, and approve the claims procedure detailed in the Settlement Agreement;

1

  (3)  certify, for settlement purposes only, the two overlapping settlement classes under Federal Rule of Civil Procedure 23(a) and (b)(3), and under 29 U.S.C. § 216(b);

  (4)  appoint Named Plaintiffs Tatyana Abdulzalieva and Alena Daineka as the Class Representatives;

  (5)  appoint Stevenson Marino LLP as Class Counsel;

  (6)  appoint Arden Claims Service, LLC as the Claims Administrator for this settlement;

  (7)  approve the Parties' proposed schedule for the filing of a motion for final approval, for Class Members to submit a Claim Form, opt out, or file objections to the proposed settlement, and schedule a Fairness Hearing; and

  (8)  enter the Proposed Order attached as **Exhibit 4** to the Maguire Decl.

Dated: New York, New York
   December 10, 2021

                   Respectfully submitted,

                   _____
                   Jeffrey R. Maguire
                   *Attorneys for Plaintiffs*
                   75 Maiden Lane, Suite 1821
                   New York, New York 10017
                   Tel. (212) 939-7229
                   jmaguire@stevensonmarino.com