UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

TATYANA ABDULZALIEVA and ALENA DAINEKA, on behalf of themselves and all others similarly-situated,

                    Plaintiffs,

    -against-

ADVANCED DOMINO, INC., and DOMINO GROUP, LLC, and PROGRESS VGA, LLC, and BORIS SALKINDER, individually, and GENADI VINITSKI, individually, and YAKOV BEKKERMAN, individually, and ALEKSANDR MALTSEV, individually,

                    Defendants.

Docket No.: 21-cv-0124-BMC

---

**NOTICE OF MOTION FOR FINAL APPROVAL OF THE
CLASS ACTION SETTLEMENT**

    PLEASE TAKE NOTICE that upon the annexed Declaration of Jeffrey R. Maguire, and the Declaration of Barry Peak of Arden Claims Service, LLC, and all exhibits annexed thereto, and the Memorandum of Law submitted herewith, and upon all prior pleadings and proceedings heretofore had herein, Named Plaintiffs Tatyana Abdulzalieva and Alena Daineka, will move this Court for an Order:

1) Granting final approval of the settlement for the Rule 23 and FLSA settlement classes in accordance with the parties' Settlement Agreement;

2) Authorizing the distribution of settlement checks to all Plaintiffs who previously opted into this action as well as all Class Members who timely submitted a valid Claim Form and Release ("Claim Form"), representing their respective shares of the class settlement;

3) Awarding Service Awards to the two Named Plaintiffs and five Opt-in Plaintiffs in the total amount of $75,000.00, for their work provided to secure the result on behalf of the Class Members;

4) Awarding attorneys' fees in the amount of $382,500.00, for legal services performed in prosecuting and settling the claims in this action, to Stevenson Marino LLP as Class Counsel;

5) Awarding $13,860.37 for costs and out-of-pocket expenses to Class Counsel;

6) Awarding $20,000.00 for claims administration fees and costs to Arden Claims Service LLC, the court-appointed Claims Administrator in this matter;

7) Providing for the release of all claims as specified in the Settlement Agreement by all Class Members who did not properly and timely opt-out of the settlement; and

8) Dismissing this action against Defendants with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the parties' settlement, as well as over the administration and distribution of the settlement fund.

Dated: New York, New York
April 20, 2022

Respectfully submitted,

_____
Jeffrey R. Maguire
*Attorneys for Plaintiffs*
105 Maxess Road, Suite 124
Melville, New York 11747
Tel. (212) 939-7229
jmaguire@stevensonmarino.com

2